

Friday, July 01, 2011

No. 11–0589/AR.  U.S. v. Randa L. Taylor.  CCA 20080958.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including July 20, 2011.

Wednesday, July 6, 2011